The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA BENNETT, DAVID GARCIA, AND EDWARD POLHILL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　　Defendant. | No. 2:22-cv-01805-LK<br><br>Class Action<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY DAVID GARCIA** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff David Garcia hereby voluntarily dismisses his claims against Defendant T-Mobile USA, Inc., without prejudice.  This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiff to this litigation nor does it alter or affect the claims of the putative class.

Dated: May 31, 2023.

Respectfully submitted,

*/s/ Gregory F. Wesner*
Gregory F. Wesner, WSBA No. 30241

HERMAN JONES LLP
15113 Washington Ave NE
Bainbridge Island, WA 98110
Tel.: (206) 819-0821
gwesner@hermanjones.com

John C. Herman
(*to seek admission pro hac vice*)
HERMAN JONES LLP
3424 Peachtree Road NE Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
jherman@hermanjones.com

*Attorneys for Plaintiffs*

NOTICE OF VOLUNTARY DISMISSAL
BY DAVID GARCIA
(2:22-cv-01805-LK)

HERMAN JONES LLP
15113 Washington Ave. NE
Bainbridge Island, WA 98110
Tel: 206-819-0821