The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA BENNETT, DAVID GARCIA, and EDWARD POLHILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:22-cv-01805-LK<br><br>**DEFENDANT'S SUBMISSION IN RESPONSE TO THE COURT'S NOVEMBER 16, 2023 ORDER (ECF NO. 29)** |

On November 16, 2023, the Court issued an order ("Order") requesting supplemental briefing. In its Order, the Court also requested Defendant T-Mobile USA, Inc. ("T-Mobile") submit "two charts comparing the material provisions in each of the versions of the (1) Metro T&Cs and (2) T-Mobile T&Cs," filed with the Court. (ECF No. 29 at 3.) Pursuant to the Order, T-Mobile hereby submits two Microsoft Excel spreadsheets, one showing provisions of the Metro Terms and Conditions ("Metro T&Cs") and one showing provisions of the T-Mobile Terms and Conditions ("T-Mobile T&Cs"), that were identified in the Court's Order or that relate to issues raised in the parties' briefs on T-Mobile's motion to compel arbitration.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Metro T&Cs are attached as Exhibits A through I to the Declaration of Christopher Muzio in Support of Defendant's Motion to Compel Arbitration (ECF No. 15). The Metro spreadsheet contains the full text for the following portions of the Metro T&Cs:

- Preamble
- Acceptance
- Dispute Resolution and Arbitration
- Our Rights to Make Changes
- Notices and Customer Communications
- Choice of Law

As directed by the Court, the Metro spreadsheet also lists all sections of the Metro T&Cs marked with an asterisk denoting that they survive termination.

The T-Mobile T&Cs are attached as Exhibits L, M, O, and P to the Second Declaration of Christopher Muzio in Support of Defendant's Motion to Compel Arbitration (ECF No. 27). The T-Mobile spreadsheet contains the full text for the following provisions of the T-Mobile T&Cs:

- Preamble
- How do I accept these T&Cs?
- How do I resolve disputes with T-Mobile?
- Can T-Mobile change or terminate my services or this Agreement?
- Your consent to be contacted
- How do we notify each other?
- Choice of law

As directed by the Court, the T-Mobile spreadsheet also lists all sections of the T-Mobile T&Cs marked with an asterisk denoting that they survive termination.

Given the volume of text, T-Mobile split the Dispute Resolution and Arbitration Language across multiple rows. T-Mobile also noted where the text can be located in each version of the T&Cs.

As requested, a native version of the Excel file will be provided to the Court with a copy to all parties. (*See* Order at 4.)



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 7th day of December, 2023.

Davis Wright Tremaine LLP
Attorneys for Defendant T-Mobile USA, Inc.

I certify that this memorandum contains 361 words, in compliance with the Local Civil Rules.

By: *_/s/ Jennifer K. Chung_*

Stephen M. Rummage, WSBA #11168
Rachel Herd, WSBA #50339
Jennifer K. Chung, WSBA #51583
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-622-3150
Fax: 206-757-7700
steverummage@dwt.com
rachelherd@dwt.com
jenniferchung@dwt.com

James H. Moon, *pro hac vice*
865 S. Figueroa St., Suite 2400 Los Angeles, CA 90017
Telephone: 213-633-6800
Fax: 213-633-6899
jamesmoon@dwt.com